FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 16 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '10 - CV - 00597 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

MICHAEL WAYNE FLEMING,

　　Applicant, named as Defendant Appellant,

v.

PEOPLE OF THE STATE OF COLORADO,

　　Respondent, named as Plaintiffs.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted a letter to the court stating his intent to file a habeas corpus action to appeal a Colorado court decision. He has failed either to pay the $5.00 filing fee or to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which the Applicant files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   X    is not submitted
(2)   ___  is not on proper form (must use the court's current form)
(3)   ___  is missing original signature by Applicant
(4)   ___  is missing affidavit
(5)   ___  affidavit is incomplete
(6)   ___  affidavit is not notarized or is not properly notarized
(7)   ___  names in caption do not match names in caption of complaint, petition or application
(8)   ___  An original and a copy have not been received by the court. Only an original has been received.
(9)   X    other: Motion is necessary only if $5.00 filing fee is not paid in advance.

**Complaint or Petition:**
(10)  X    is not submitted
(11)  ___ is not on proper form (must use the court's current form)
(12)  ___ is missing an original signature by the Applicant
(13)  ___ is incomplete
(14)  ___ uses et al. instead of listing all parties in caption
(15)  ___ An original and a copy have not been received by the court. Only an original has been received.
(16)  ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)  ___ names in caption do not match names in text
(18)  ___ other _____

Accordingly, it is

    ORDERED that the clerk of the court commence a civil action in this matter. It is

    FURTHER ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

    FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 15th day of March, 2010.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10 – CV – 00597

Michael Wayne Fleming
4228 Jellison St.
Wheatridge, CO 80033

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 forms** to the above-named individuals on __3/16/10__

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk