IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00597-BNB

MICHAEL WAYNE FLEMING,

    Applicant,

v.

PEOPLE OF THE STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 0 2010

GREGORY C. LANGHAM
CLERK

## ORDER

Pursuant to the Court's March 16, 2010, Order to Cure Deficiency, Applicant Michael Wayne Fleming has submitted a proper Court-approved 28 U.S.C. § 2254 Application form and a proper Court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form. Nonetheless, Mr. Fleming has failed to have the § 1915 Motion and Affidavit notarized as he is directed to do on Page Four of the § 1915 form. Mr. Fleming indicates on Page Four of the Motion and Affidavit that he is "unable to find notary public."

In the alternative, Mr. Fleming, pursuant to 28 U.S.C. § 1746, may elect to provide an unsworn declaration under penalty of perjury to attest to the truthfulness of his Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. An unsworn declaration must follow the format set forth in § 1746(2). Accordingly, it is

ORDERED that Mr. Fleming cure the deficiency identified in this Order **within thirty days from the date of this Order by submitting to the Court an unsworn declaration that follows the format set forth in 28 U.S.C. § 1746(2).** It is

FURTHER ORDERED that the Clerk of the Court send to Mr. Fleming two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form so that he may complete the form and include the unsworn declaration. It is

FURTHER ORDERED that if Mr. Fleming fails to cure the deficiency identified in this Order, within the time allowed, the action will be dismissed without further notice. It is

FURTHER ORDERED that the Clerk of the Court is instructed to send to Mr. Fleming a copy of 28 U.S.C. § 1746.

DATED May 20, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00597-BNB

Michael Wayne Fleming
4228 Jellison St.
Wheatridge, CO 80033

    I hereby certify that I have mailed a copy of the **ORDER, a copy of 28 U.S.C. § 1746, and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 5/20/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk