IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00597-ZLW

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 3 2010

GREGORY C. LANGHAM
CLERK

MICHAEL WAYNE FLEMING,

Applicant,

v.

PEOPLE OF THE STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

---

## ORDER DENYING MOTION TO RECONSIDER

---

This matter before the Court is the Letter that Applicant Michael Wayne Fleming, a *pro se* prisoner litigant, filed on July 26, 2010. Mr. Fleming currently is detained at the Scotts Bluff County Detention Facility in Gering, Nebraska. Mr. Fleming seeks reconsideration of the Order entered on June 29, 2010, dismissing the instant action. The Court must construe the Letter liberally because Mr. Fleming is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Court will construe the Letter as a Motion to Reconsider and will deny the Motion.

The Court dismissed the action without prejudice because Mr. Fleming failed to submit to the Court a properly notarized 28 U.S.C. § 1915 Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or in the alternative an unsworn declaration that attests to the truthfulness of his § 1915 Motion and Affidavit.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to alter or amend the judgment must be filed within twenty-eight days after the judgment is entered. *See* Fed. R. Civ. P. 59(e). Final decisions are those that end the litigation on the merits and leave nothing for the district court to do except execute the judgment. *Van Cauwenberghe v. Biard*, 486 U.S. 517, 521-22 (1988); *In re Durability, Inc.*, 893 F.2d 264, 265 (10th Cir. 1990). The Letter was filed on July 26, 2010, within twenty-eight days of the final judgment in this action. *See* Fed. R. Civ. P. 6(a). The Court, therefore, will construe Mr. Fleming's Letter as a Motion to Reconsider filed pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243 (stating that a motion to reconsider should be construed as filed pursuant to Rule 59(e) when it is filed within the ten-day limit (limit effective prior to December 1, 2009) set forth under Rule 59(e)).

The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000). A motion to reconsider is appropriate where the court has misapprehended the facts, a party's position, or the controlling law. *Id.* (citing *Van Skiver*, 952 F.2d at 1243). In the Motion to Reconsider, Mr. Fleming argues that he filed a § 1915 Motion and Affidavit on June 24, 2010, while he was

detained at the Douglas County Detention Facility, and that he always "answer[s] the Court on time."

Originally on March 5, 2010, Mr. Fleming submitted a motion requesting an extension of time to file a habeas petition. At the time Mr. Fleming filed the motion he indicated that he resided in Wheatridge, Colorado. Magistrate Judge Boyd N. Boland entered an order commencing an action and construing the motion as an action filed pursuant to 28 U.S.C. § 2254. Mr. Fleming was instructed to file his claims on a Court-approved form used in filing § 2254 actions and either to pay the filing fee or to submit a Motion and Affidavit to Proceed Pursuant to 28 U.S.C. § 1915. Finally, on May 19, 2010, Mr. Fleming filed his claims on a court-approved form and a § 1915 motion and affidavit. The § 1915 motion, however, was not properly notarized. On May 20, 2010, Magistrate Judge Boland entered an order instructing Mr. Fleming that if he was unable to locate a notary public and have the § 1915 motion properly notarized then he should submit a unsworn declaration pursuant to 28 U.S.C. § 1746 that attests to the truthfulness of his § 1915 Motion and Affidavit. The May 20 Order was returned to the Court on May 24, 2010, because it was sent to an incorrect address. The May 20 Order was remailed to the correct address on May 25, 2010.

Subsequently, not hearing from Mr. Fleming within the time allowed to submit a proper § 1915 motion and affidavit, the action was dismissed on June 29, 2010. Mr. Fleming filed a notice of change of address on July 16, 2010, indicating that he now is detained at the Scotts Bluff Detention Facility in Gering, Nebraska. The Court directed the Clerk of the Court to remail the Order of Dismissal and Judgment to Mr. Fleming at the new address.

Nothing on the Docket in this case indicates that Mr. Fleming filed a second § 1915 motion and affidavit that was properly attested to under § 1746 or notarized. The only § 1915 motion and affidavit received by the Court from Mr. Fleming was filed on May 19, 2010, and it was deficient as stated above. Upon consideration of the Motion to Reconsider and the entire file, the Court concludes that Mr. Fleming fails to demonstrate some reason why the Court should alter or amend the June 29 Order of Dismissal in this action. The Motion to Reconsider, therefore, will be denied. Mr. Fleming is reminded that because the instant action was dismissed without prejudice he may pursue his claims by filing a new civil action if he chooses. Accordingly, it is

ORDERED that Mr. Fleming's Letter (Doc. No. 17) is construed as a Motion to Reconsider, filed pursuant to Fed. R. Civ. P. 59(e), and is denied.

DATED at Denver, Colorado, this 2nd day of August, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00597-ZLW

Micheal Wayne Fleming
Scotts Bluff Det. Facility
P.O. Box 130
Gering, NE 63941

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on **8|3|10**

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk